IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUANNE DANIELLE DUNNING,<br><br>    Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner Social Security,<br><br>    Defendant. | Case No. 2:16-CV-00352-VEB<br><br>ORDER AWARDING ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>Judge: Hon. Victor E. Bianchini |

Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation), IT IS ORDERED that attorney's fees be paid under the Equal Access to Justice Act (EAJA) in the amount of SIX THOUSAND FIVE HUNDRED and 00/100 DOLLARS ($6,500.00), pursuant to 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

DATED this 11th day of September, 2017,

                                /s/Victor E. Bianchini
                            VICTOR E. BIANCHINI
                    UNITED STATES MAGISTRATE JUDGE